IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC L. WHITE                                                                                    PLAINTIFF

v.                                          Civil No. 4:16-cv-04061

SHERIFF BRIAN MCJUNKINS,
Howard County, Arkansas; JANA
TALLANT, Howard County Sheriff's
Department; CHIEF JAILER DAWANDA
SCHWOPE, Howard County Detention
Center; GREGORY L. VARDAMAN,
Public Defender; DR. H. PATEL,
Howard County Detention Center                                                         DEFENDANTS

## ORDER

Plaintiff Eric L. White, currently an inmate of the Wrightsville Unit of the Arkansas Department of Correction, filed his Complaint *pro se* under 42 U.S.C. § 1983 on July 11, 2016. ECF No. 1. Plaintiff failed to submit an *in forma pauperis* ("IFP") application with his Complaint. The Court ordered Plaintiff to submit an IFP application by August 5, 2016. ECF No. 2.

Plaintiff submitted the IFP application and filed his Motion for Leave to Proceed IFP (ECF No. 4) on August 3, 2016. However, Plaintiff failed to date his IFP application and failed to have the certification regarding inmate funds held in his name completed by the ADC – Wrightsville Unit. On August 4, the Court entered an Order denying Plaintiff's Motion to Proceed IFP in error. ECF No. 5.

Plaintiff is given until **August 26, 2016,** to have the IFP application completed with the certification regarding inmate funds held in his name completed by the ADC – Wrightsville Unit. Plaintiff must return the application to this Court for review and filing or pay the $350 filing fee

1

and $50 administrative fee for a total of $400. **If Plaintiff fails to return the completed IFP application or pay the $400 fee by August 26, 2016, the Complaint will become subject to summary dismissal for failure to obey an order of the Court.**

Plaintiff is advised he is required to immediately inform the Court of any change of address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. Failure to inform the Court of an address change may result in the dismissal of this case.

Accordingly, Plaintiff's Motion to Proceed IFP (ECF No. 4) is reinstated as pending. **The Clerk is directed to reinstate the Motion (ECF No. 4) as pending.**

**IT IS SO ORDERED this 9th day of August 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE