IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC L. WHITE                                                                                     PLAINTIFF

v.                                            Civil No. 4:16-cv-4061

SHERIFF BRIAN MCJUNKINS,
Howard County, Arkansas; JANA
TALLANT, Howard County Sheriff's
Department; CHIEF JAILER DAWANDA
SCHWOPE, Howard County Detention
Center; GREGORY L. VARDAMAN,
Public Defender; DR. H. PATEL,
Howard County Detention Center                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 2, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that the claims against Sheriff Brian McJunkins, Gregory Vardaman, and Dr. H. Patel be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's claims against Sheriff Brian McJunkins, Gregory Vardaman, and Dr. H. Patel are **DISMISSED WITH PREJUDICE**. Plaintiff's claims against Jana Tallant and Jailer Dawanda Schwope shall proceed.

**IT IS SO ORDERED**, this 28th day of September, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge